IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02315-RPM

MICHAEL VAN DE WEGHE,

    Plaintiff,

v.

CAROL CHAMBERS, District Attorney, 18th Judicial District, in her official capacity;
JAY WILLIFORD, Deputy District Attorney, 18th Judicial District, in his personal capacity;
DETECTIVE GREGORY HOWDEN, Douglas County Sheriff's Office, in his personal capacity; and
DEPUTY JASON WALTER, Douglas County Sheriff's Office, in his personal capacity,

    Defendants.

_____

ORDER STAYING DISCOVERY
_____

Upon consideration of District Attorney Chambers and Deputy District Attorney Williford's Unopposed Motion to Stay Discovery Pending Determination of Eleventh Amendment and Absolute Immunity [20] filed May 1, 2012, it is

ORDERED that the motion is granted.

DATED: May 3rd, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge