IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02315-RPM

MICHAEL VAN DE WEGHE,

    Plaintiff,

v.

CAROL CHAMBERS, District Attorney, 18th Judicial District, in her official capacity;
JAY WILLIFORD, Deputy District Attorney, 18th Judicial District, in his personal capacity;
DETECTIVE GREGORY HOWDEN, Douglas County Sheriff's Office, in his personal capacity; and
DEPUTY JASON WALTER, Douglas County Sheriff's Office, in his personal capacity,

    Defendants.

---

ORDER FOR FILING FIRST AMENDED COMPLAINT AND APPLICABILITY OF DEFENDANTS' MOTIONS TO DISMISS

---

The plaintiff's complaint, filed September 2, 2011, alleges one claim for relief styled as a claim pursuant to 42 U.S.C § 1983 for false arrest and malicious prosecution in violation of the Fourth, Fifth, and Fourteenth Amendments to the United States Constitution. Defendants Howden and Walter moved for dismissal on January 30, 2012 [4]. Defendant Chambers moved for dismissal on March 19, 2012 [14], and defendant Williford moved for dismissal on May 1, 2012 [19].

The plaintiff's response briefs [15, 22, 31] included an alternative motion for leave to amend the complaint. On June 12, 2012, the plaintiff moved to amend [32] and tendered an amended complaint, again alleging one claim pursuant to 42 U.S.C § 1983 for false arrest and malicious prosecution in violation of the Fourth, Fifth, and Fourteenth Amendments to the

United States Constitution.  Defendants Chambers and Williford opposed the motion on the ground that the new allegations in the amended complaint are speculative, conclusory, and do not add any factual specificity to the initial complaint. It is now

ORDERED that the plaintiff's motion for leave to file amended complaint [32] is granted and the amended complaint is filed and it is

FURTHER ORDERED that the defendants' motions to dismiss are deemed to be addressed to the first amended complaint.

Dated: February 14, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge