IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02315-RPM

MICHAEL VAN DE WEGHE,

    Plaintiff,

v.

CAROL CHAMBERS, District Attorney, 18th Judicial District, in her official capacity;
JAY WILLIFORD, Deputy District Attorney, 18th Judicial District, in his personal capacity;
DETECTIVE GREGORY HOWDEN, Douglas County Sheriff's Office, in his personal capacity; and
DEPUTY JASON WALTER, Douglas County Sheriff's Office, in his personal capacity,

    Defendants.

---

## JUDGMENT
_____

    Pursuant to the Order for Dismissal, signed by Senior District Judge Richard P. Matsch on February 22, 2013, it is

    ORDERED that Defendant Howden's and Defendant Walter's Motion to Dismiss [4] is granted and the claims against them are dismissed pursuant to Fed.R.Civ.P. 12(b)(6), and it is

    FURTHER ORDERED that Defendant Carol Chambers' motion to dismiss [14] is granted and the claims against her are dismissed pursuant to Fed.R.Civ.P. 12(b)(1), and it is

    FURTHER ORDERED that Defendant Jay Williford's motion to dismiss [19] is granted and the claims against him are dismissed pursuant to Fed.R.Civ.P. 12(b)(6), and it is

    FURTHER ORDERED that judgment is entered in favor of defendants Detective Gregory Howden, Deputy Jason Walter, Carol Chambers and Jay Williford, and against plaintiff Michael Van De Weghe, and it is

    FURTHER ORDERED that defendants Howden, Walter, Chambers and Williford shall have their costs by the filing of a Bill of Costs with the Clerk of this court within 14 days of entry of judgment, and it is

FURTHER ORDERED that the Complaint, Amended Complaint and this civil action are dismissed.

DATED at Denver, Colorado, February 22nd, 2013

                                                            FOR THE COURT:
Jeffrey P. Colwell, Clerk

s/J. Chris Smith
By: _____
    Deputy Clerk